

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. MARISSA BOCCONE DEFENDANT(S). | CASE NUMBER ED 12-0168 M <br><br> ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __DEFENDANT__, IT IS ORDERED that a detention hearing is set for __WEDNESDAY__, __MAY 9__, at __2__ ☐ a.m. / ☑ p.m. before the Honorable __DAVID BRISTOW__, in Courtroom __4__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: __5/4/12__

_____
U.S. District Judge/Magistrate Judge
**DAVID T. BRISTOW**

---

CR-66 (10/97)   ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT